SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
gregory.korman@kattenlaw.com
Jarin J. Jackson (CA 274031)
jarin.jackson@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400; Facsimile: 310.788.4471
Attorneys for Defendant HSBC Bank USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISANGANI ASUNCION,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 4:12-cv-03966-YGR<br><br>STIPULATED REQUEST FOR DISMISSAL AND ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

| | |
|---|---|
| Dated:   September 24, 2012 | /s/ Elliot Gale<br>Elliot Gale, Esq.<br>Attorney for Isangani Asuncion |
| | |
| Dated: September 24, 2012 | /s/ Jarin Jackson<br>Jarin Jackson<br>Katten Muchin Rosenman, LLP.<br><br>Attorney for HSBC Bank USA, N.A. |



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

September 24, 2012

STIPULATED REQUEST FOR DISMISSAL - 2