1  SCOTT J. SAGARIA (BAR # 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (BAR # 263326)
   Egale@sagarialaw.com
3  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff

7  Stuart M. Richter (CA 126231)
   stuart.richter@kattenlaw.com
8  Gregory S. Korman (CA 216931)
   gregory.korman@kattenlaw.com
9  Jarin J. Jackson (CA 274031)
   jarin.jackson@kattenlaw.com
10 **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
11 Los Angeles, CA 90067-3012
   Telephone: 310.788.4400; Facsimile: 310.788.4471
12 Attorneys for Defendant HSBC Bank USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISANGANI ASUNCION, | Case No.: 4:12-cv-03966-YGR |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL AND ORDER |
| v. | |
| HSBC BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

Dated:   September 24, 2012                    /s/ Elliot Gale
                                               Elliot Gale, Esq.
                                               Attorney for Isangani Asuncion

Dated: September 24, 2012                      /s/ Jarin Jackson
                                               Jarin Jackson
                                               Katten Muchin Rosenman, LLP.

                                               Attorney for HSBC Bank USA, N.A.



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
September 24, 2012

STIPULATED REQUEST FOR DISMISSAL - 2